Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
CARLITA SMITH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| CARLITA SMITH, | ) |
|   Plaintiff, | ) **Case No.:** |
|   v. | ) 3:16-cv-01441-LAB-KSC |
| STELLAR RECOVERY, INC., | ) |
|   Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, CARLITA SMITH, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

1

**[INTENTIONALLY LEFT BLANK]**

RESPECTFULLY SUBMITTED,

DATED: June 24, 2016          AGRUSS LAW FIRM, LLC

By:                                    /s/
Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
LUCKIESIA BELTON

## CERTIFICATE OF SERVICE

On June 24, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Andrea Kast, at andrea@assurancelawgroup.com.