# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLITA SMITH,<br><br>                     Plaintiff,<br>  vs.<br>STELLAR RECOVERY, INC.,<br><br>                    Defendant. | CASE NO. 16cv1441-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff Carlita Smith has filed a notice of dismissal with prejudice. Defendant has not answered or appeared in this action. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the docket.

    **IT IS SO ORDERED**.

DATED: November 3, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

16cv1441